# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Martinez,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>　　　　　Respondents. | No. CV-15-00056-TUC-RCC<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation (" R&R") written by Magistrate Judge Jacqueline M. Rateau. Doc. 17.

　　　　The duties of the district court, when reviewing a R&R of a Magistrate Judge, are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Fed.R.Civ.P. 72(b), 28 U.S.C. § 636(b)(1). When the parties object to a R&R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140 (1985). However, in the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), Advisory Committee Notes (1983); *see also United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

　　　　No objections have been filed with this Court. Having reviewed the R&R, the

1 | Court finds that Magistrate Judge Rateau's R&R is thorough, well-reasoned, and contains
2 | no clear error. Accordingly,
3 |     **IT IS HEREBY ORDERED** that Petitioner's Writ of Habeas Corpus is denied.
4 | Doc. 1
5 |     **IT IS FURTHER ORDERED** that Petitioner's Motion for Accelerated Review
6 | of Petitioner's Writ of Habeas Corpus is denied as moot. Doc. 16.
7 |     Dated this 8th day of March, 2016.

Raner C. Collins
Chief United States District Judge